UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                                Case No 10-71136
                                                                              Chapter 13
                                                                              Hon. McIvor

Patricia Thomas,
                                       Debtor.
_____/


AFFIDAVIT OF DEFAULT

I, Christopher Frank, being first duly sworn, deposes and says:

1.     Debtor has not complied with the terms of the Chapter 13 Plan and Order Confirming Plan. The Debtor failed to maintain adequate insurance upon the collateral of Creditor, Michigan Catholic Credit Union.

1.     The Debtor shall have 14 days to cure the default with respect to the secured asset. If the Debtor fails to cure the default within 14 days, counsel for Creditor shall proceed with submitting a Default Order Terminating the Automatic Stay to the Court and the automatic stay imposed shall be lifted without further notice or hearing with respect to the 2006 Ford Escape.


Dated: September 13, 2011

                                                                   /s/ Christopher Frank
                                                                    Christopher Frank (p67169)
                                                                    117 W. 4th St, Ste 201
                                                                    Royal Oak, MI 48067
                                                                    248-677-7445
                                                                    cfrank@bankruptcymanagementgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:            Case No 10-71136
           Chapter 13
           Hon. McIvor

Patricia Thomas,
           Debtor.
_____/

## PROOF OF SERVICE

On September 12, 2011, a copy of the Affidavit of Default and this Proof of Service were served via ECF Filing and/or first class service by placing in a to the following:

Trustee, David Ruskin
Debtor Counsel, Ryan Moldovan

VIA MAIL
Via: First Class Mail
**Patricia Thomas**
**32761 Chalfonte Dr, Warren, MI 48092**


           /s/ Christopher Frank
           Christopher Frank (p67169)
           117 W. 4th St, Ste 201
           Royal Oak, MI 48067
           248-677-7445
           cfrank@bankruptcymanagementgroup.com

.